IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS SHON, ) | CV 05-00080 DAE-LEK |
| ) | |
| Plaintiff(s), ) | |
| vs. ) | |
| ) | |
| THE CHEYENNE AND ARAPAHO ) | |
| TRIBES OF OKLAHOMA, ET AL., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 10, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Amount of Judgment" are adopted as the opinion and order of this Court.

Due for Adoption:

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 24, 2006.



_____
David Alan Ezra
United States District Judge

Thomas Shon v. The Cheyenne and Arapaho Tribes of Oklahoma, et al., Civil No. 05-00080 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

cc:all parties of record

Due for Adoption: